**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-61525-LEIBOWITZ**

**RYAN SMITH,**
*individually and on behalf of all others similarly situated*,

    *Plaintiff*,

v.

**JERICO PICTURES, INC.**
**d/b/a NATIONAL PUBLIC DATA**,

    *Defendant*.

_____/

**ORDER**

    Before the Court is Defendant Jerico Pictures, Inc.'s Suggestion of Bankruptcy [ECF No. 8], filed on October 4, 2024.  Defendant Jerico Pictures, Inc. filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Southern District of Florida.  In its Suggestion of Bankruptcy [ECF No. 8], Defendant Jerico Pictures, Inc. suggests that this action has been stayed by the operation of 11 U.S.C. § 362.  Given Jerico Pictures, Inc. Suggestion of Bankruptcy, this matter must be stayed against it.  *See In re Horne*, 876 F.3d 1076, 1078 (11th Cir. 2017) ("The filing of the [debtors'] bankruptcy triggered an automatic stay of any litigation against them under 11 U.S.C. § 362(a)(1).").

    Upon due consideration, it is hereby **ORDERED AND ADJUDGED** the case is **STAYED** until the automatic stay imposed by 11 U.S.C. § 362(a)(1) is lifted or dissolved.  The **Clerk of Court** is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case.  All pending motions are **DENIED as moot without prejudice.**  Defendant Jerico Pictures, Inc. shall notify this Court within ten (10) days after the stay is lifted or dissolved.  In any event, Defendant Jerico Pictures, Inc. shall submit a

report to this Court at the end of the 90 days which sets forth the status of the proceedings in bankruptcy and each 90 days thereafter if the bankruptcy proceedings are still pending.

**DONE AND ORDERED** in the Southern District of Florida on October 7, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record